IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr008-MHT |
| KATRINA MANUEL | ) | (WO) |

## JUDGMENT

Based upon the representations made in open court on June 14, 2007, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to terminate probation (Doc. No. 29) is granted.

(2) The term of probation for defendant Katrina Manuel is terminated.

(3) Defendant Manuel is discharged.

DONE, this the 15th day of June, 2007.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE